PAT HARRIS (SBN 214545)
Law Offices of Pat Harris APC
3940 Laurel Canyon Blvd. #955
Studio City, Ca. 91604
Telephone 213-810-9063
Email: pat@patharrislaw.com

Attorney for Defendant
ZE'SHAWN CAMPBELL

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-00099-MCS |
| Plaintiff, | |
| v. | **SENTENCING POSITION PAPER ZE'SHAWN CAMPBELL** |
| ZE'SHAWN CAMPBELL. | |
| Defendant | THE HONORABLE MARK SCARSI |

TO THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO AUSA RANEE KATZENSTEIN, AND TO THE UNITED STATES PROBATION OFFICE COMES Ze'Shawn Campbell, defendant in the above-entitled matter, by and through his attorney, hereby submits his Sentencing Memorandum and Exhibits.

## I.  INTRODUCTION

Before the Court is Ze'Shawn Campbell who has pled guilty to one count of Wire Fraud, a violation of Title 18 of the U.S. Code Section 1343 and one count of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activities, a violation of Title 18 U.S. Code Section 1957.  Campbell is a 35-year-old

1

male who was arrested on April 6, 2021 and was released on bond on August 11, 2021.  He is currently working two jobs and lives in Fontana.

Upon his arrest, the FBI issued a press release labeling the defendant as "The Romance Scammer" and alleging he took money from over ten women.  The details of the press release and the subsequent media coverage read like the script to a Hallmark TV movie, complete with salacious details and a psychopathic boyfriend. The press release and subsequent media coverage may make for compelling and entertaining reading but as they say in Hollywood movies, the press release is loosely based on true events, with the emphasis on loosely.

To be clear, Campbell does not deny that he was loaned money from several women and in some cases spent it on business expenses and personal items rather than what he told the women the money was being used for.  He is guilty of this, acknowledges misappropriation is a crime and has accepted responsibility by pleading in this courtroom.

However, the full story is not what was presented in the press release, in the indictment and in several of the FBI's 302's.  As described in further detail below, Campbell actually gave several of the women more money than they ever gave to him.  When he was doing well in business and successful at the gambling table, he would buy them cars, expensive jewelry, pay their rent and phone bills and even invested money in a business that one of the women asked him to invest in.  Unlike how he has been portrayed, he was not a serial scam artist who never worked and just lived off women he dated.  Unlike how it has been portrayed, these were not one-sided relationships with Campbell being the only one getting money and gifts. Also, unlike how it has been portrayed, he has worked very hard his whole life, sometimes working two jobs at 80 hours a week (as he is doing currently) and making sure that his two young girls were always taken care of and being a good father to them.

Mr. Campbell knows that by criticizing the narrative in this case, he is running a risk.   He will no doubt be accused of attacking the victims and of trying to scam the Court.  However, he is willing to accept whatever punishment the Court decides without complaint, but he wants the full story to be presented and the Court to look at the evidence that disputes much of what has been presented.  He does not try and present himself as an angel, far from it.  He knows that he took money from some women and used it for purposes other than what he was telling them.  Specifically, Campbell enormously regrets his relationship with M.G., and how he treated her and took money from her.   She did not deserve how he treated her.  He also regrets bringing K.H. into the investments that her daughter and he were putting together.  She was an extremely nice woman who always treated him very well and he diverted some of the money from the investment to his own personal use.

But the story of the romance scammer is simply not true and he wants to set the record straight.  As the Court will see in the letters of recommendations, he is a kind, extremely generous individual who has never intentionally hurt anyone.  He made some poor decisions when he was trying to keep up his lifestyle and he knows he has to pay for that.  But this sentencing memorandum is an attempt to show the Court that the full story is very different from the history of the sequence of events presented by the government in what was a one-sided investigation.

At the end of the sentencing memorandum, the defendant will be asking the Court for a sentence of 12 months.  That request is based upon the following mitigating factors discussed in detail below:

(1) Defendant admits that he was loaned money by girlfriends and friends and in some cases spent it on his business and personal expenses.  However, what is disputed is the extent and the amount of money used illegally by the defendant.  Many of the claims made in the interviews and in the indictment are simply not true.

(2) As discussed below, defendant did in fact pay back money to several of the victims in this case and was continuing to make payments when he was arrested.   He also gave several of the women money when they were dating to purchase cars, pay their cellphone bills, to take vacations and to pay their rent.  In some instances, he gave the victims listed more money than they ever provided him.  Defendant understands that this does not excuse his behavior, but it does demonstrate that the romance scammer narrative is false.

(3) Defendant has always had a strong work ethic as is demonstrated by his current work situation.  Since his release from MDC, he is now working two separate jobs.  During the day, he is a driver for UPS for forty hours a week.  At night, he works as the manager at a mini-grocery store for another forty hours a week.  His 80 hour a week work schedule shows he is not a con artist looking to live off scamming others.

(4) Defendant has two young girls from his former marriage that he adores and supports.  They live in Texas and he flies to see them every month and talks to them on the phone several times a week.  He has paid child support for years and has fought to have as much contact as possible with them.

## II. ARGUMENT

### (A)  Campbell's background is important in understanding this case

The government in this case indicted Ze'Shawn Campbell for having defrauded ten women and several businesses by convincing them to loan him money for various projects or personal expenses and spending the money on a lavish lifestyle.  The women involved, identified by their initials are: M.G., M.B., J.Q., K.H., M.H., R.Z., N.M., N.H., D.W., and J.L.

The narrative is that these were women Campbell dated and romanced into providing him with money to buy expensive cars and support a high lifestyle.  To begin with, three of these women were not women he dated or had a romantic

relationship with.  In fact, one is his sister-in-law whose letter is attached as Exhibit #1A.

Secondly, the government alleged, and the PSR mimicked, that Campbell committed identity theft by stealing some of the women's social security numbers, driver's licenses and other personal information.  From the beginning, Campbell has denied committing identity theft and refused to plead to the identity theft count that was initially included in his plea agreement.  That plea agreement was changed to reflect a different count that was not identity theft.  In fact, after some language in the plea agreement was inadvertently left in at the change of plea hearing, Campbell refused to follow through with the plea until it was removed.  The Court may recall that the language was then removed.

Third, in the case of several of the women, Campbell provided them with more money and paid for more of their expenses than they ever loaned him. Campbell understands that this does not negate the fact that he had several of the women loan him money under false pretenses, the crime that he has pled to before this Court.   But it is offered to the Court to negate this narrative of the Romance Scammer.  For example, it is undisputed that he paid J.Q. at least $50,000 total in car down payments, Rolexes, and money he deposited in her account.  If Campbell was a scam artist, he was a very bad one.  Would a scam artist spend $50,000 to scam a woman out of $63,000? (As argued below, he actually paid her back more than the $63,000).

In order to help the Court understand the larger picture in this case, it is important to understand Campbell's work history, relationships and his lifestyle. Campbell has always had a very strong work ethic.  From the time he was a teen, he was working at McDonalds, Ralph's, a pizza restaurant and a security company. As he got older, he often held two jobs at a time, working as a forklift driver at Costco and as a manager at a Texas gym, for example.

Campbell was not driven as much about making money as he was about

5

presenting the image of success.  He had not grown up in poverty, but his family was far from wealthy.  He was always extremely ambitious and from a very young age he was contemplating opening various businesses and being an entrepreneur.

By 2010, he was working as a commissioned salesperson at Texas Family Fitness and worked his way up to general manager.  He was making close to six figures when he decided to move to southern California and work at Equinox where he could make even more money.   He continued that for several years before he became exhausted working 80-hour weeks.

When Campbell started making money at Equinox, he also started a gambling habit that included frequent trips to Las Vegas and large bets at the blackjack table.  He was a very good blackjack player and would often leave Las Vegas having made $25,000, $50,000 and even $100,000 during a trip.

As the Court can see from the numerous letters of recommendation (Exhibit #1) Campbell is very kind-hearted and generous.  When Campbell won, everyone won.  He would buy elaborate gifts for the women he was dating, including jewelry, paying off their bills and even down-payments for cars.  Many of the victims listed in this case were the recipients of these gifts as well as lavish weekend vacations, premium tickets to Laker games and nights out at some of the best restaurants in town.  It is fair to say that he was very generous with these women.  It is also fair to say that he was foolish with his money.

Although Campbell was a good blackjack player, as every gambler knows, the house eventually wins.  And there were times when Campbell came back from gambling with losses that matched his highest winnings.  In a somewhat twisted sense of morality, he would not borrow money from people to gamble.  But his losses put him in positions where he could not pay bills and could not keep the companies he had created afloat.  It was in those instances where he would get money under false pretenses and paid some of his personal and business expenses. In that sense, it had the same effect as if he was using the money for gambling.

6

Rather than embarrassingly admit that he could not make his business work or that he could not pay the bills, he would tell people that he needed the money for business trips or investing in new ventures or for medical expenses.  Once he got the money, in several instances, he used it for purposes other than what the people were told.  Campbell took the money and misappropriated it believing that he would pay it back in the future and in some cases, he did.  However, in others he did not, which is why he understands that his conduct was criminal and that he has to accept punishment.

### (B) The Government Failed to investigate the Other Side of the Story

In charging Campbell in this case, the FBI agents were driven by one of the women, J.Q., whose story was featured prominently on You Tube.  She made it her mission to destroy Campbell, which is ironic since she is the woman who most benefited from his generosity when he was on a winning streak.  She provided the FBI with the names of other women who told similar stories and soon the narrative was born of the Romance Scammer, a phrase she created and the FBI appropriated.  However, the FBI agents took the stories of each of these women as gospel truth and failed to look at any evidence that might contradict that story line.  Listed below are several examples where the evidence shows that the stories were not always as presented.

 (1)  R.Z.  -  The poster child for the one-sided nature of this investigation is R.Z.  She is listed in the indictment as a victim and in the discovery and PSR by her initials.  In the PSR calculation of losses, under her initials it shows a loss of $89,000.

There is absolutely nothing in the discovery that indicates the defendant took any money from R.Z.  The reason is simple.  R.Z. is defendant's sister-in-law.  Apparently, the entirety of the investigation into R.Z. was seeing that she deposited $89,000 into his bank account and then jumping to the conclusion that she was a romance scammer victim.  There is no interview with her as she told them she had

nothing negative to say.  Nevertheless, they included her in the victim list and added her amount to the total.

As the Court will see in Exhibit #1A, a letter from R.Z., not only did Campbell not defraud her, the $89,000 in question was from her husband and her to repay Campbell for loaning them the money for house repairs.  (The defense would note that this is evidence of what was mentioned earlier i.e. when Campbell had money he was extremely generous).

In addition, and discussed in more detail below, her letter discusses in depth the pain and suffering the family went through when Campbell was diagnosed and treated for cancer.  The investigation and numerous of the interviews have painted a picture of Campbell fabricating the cancer story.  The medical records provided (Exhibit #2) and this letter should show this is not true.

 (2) J.Q. – The investigation and the subsequent indictment of Campbell was largely due to the efforts of one of Campbell's former girlfriends, J.Q.  After their breakup, she began a campaign to destroy Campbell because she stated that he had scammed her out of money and lied to her about several things.  Most importantly, she produced a You Tube video excoriating Campbell that was spread across the Internet and resulted in not only his losing his businesses, but eventually ended in his arrest.  She also contacted ex-girlfriends and advertised for women to come forward to tell their stories about Campbell, several of whom falsely mimicked what she had been put in the video.

Much of what is stated in the video is simply not true, including stories about what he told her, but they were repeated by a few other women and accepted as fact.  For example, she stated that Campbell told her he was adopted and that his adoptive parents owned a number of McDonalds.  In fact, Campbell introduced J.Q. to his mother and his family at a Thanksgiving dinner at his house.  She was aware that his father had died before he was born and she met his mother.  Why would the scammer that she claims Campbell to be, tell her this story of rich adoptive parents and then

take her to meet his mother and the rest of his family, any one of which could have quickly dispelled a lie about adoptive parents or about owning McDonalds?

What is true is that she gave Campbell $63,000 in 2018. He told her he was going to invest the money in bitcoin, an investment he had started dabbling in that year. He did not invest the money in Bitcoin but instead used it to pay personal and business expenses. In fact, the two counts that Campbell pled to are related to J.Q.

What the investigators did not tell the Court is that Campbell not only paid back the money he got from her, but he also had given her $25,000 for a down payment on a car (a fact that is not in dispute), paid off several of her bills, bought her two expensive watches, the receipt for one of which is Exhibit #4A and ended up giving her more than the $63,000 he got from her. He also bought her numerous gifts, paid for vacations, took her to Laker games and wined and dined her at some of the best restaurants in Los Angeles.

J.Q. has told the government contradictory stories about how much was paid back, but it appears the government has chosen to credit him with a little over $8,000. In fact, as Exhibit #5 demonstrates, she was paid back in full. After Campbell had only paid back $13,000 (the number she now says he paid back) of the $63,000 owed, he was contacted by J.Q on a three-way call telling him to pay the money back to a man named Chris who, along with a man named Frank Block, she had essentially hired to be collectors. Chris in particular made it clear he was an enforcer and sent Campbell pictures of his house and his children as indirect warnings. Campbell then gave Chris everything in his storage unit to sell which amounted to approximately $70,000 and was told the money went to J.Q.

Exhibit #5 is a transcript of a portion of a recorded conversation between Campbell and Block. (Exhibit 5, Page 7, lines 16-28; p.10, lines 1-8). During the conversation, Block states that he does not understand why J.Q. is still after Campbell since she has now gotten paid back. He states that he knows that Campbell made good on the payment and he thinks she is just a mad ex-girlfriend.

Exhibit #6 is text messages from Campbell's ex-girlfriend Jasmine to J.Q. asking why J.Q. is saying these things and asking if she should be worried. These are provided because the text messages reference J.Q. admitting that she has brought in Chris to collect.

(3) J.L. - In one of the more puzzling aspects of the case, J.L. gives a lengthy interview detailing her relationship with Campbell including that they were engaged (without a ring) and that they had a lengthy relationship that ended in her being convinced to take out a loan from Navy Credit Federal Union to give to Campbell. She also claims he ruined her credit.

Campbell is genuinely confused regarding the interview with J.L. When confronted with the list of names, he immediately recognized all but one, J.L. He had no recollection of J.L. and only after thinking about it and reading her interview, did he realize who she was. Campbell denies that they ever had a relationship and that, to the best of his recollection, they went to lunch and dinner a couple of times, mostly to discuss if he would help her get credit. He believes they texted and talked a few times on the phone about the credit issues but there was no relationship and certainly no talk of an engagement. In fact, without going into specific detail, Campbell learned something personal about J.L. that ended any thought of a relationship.

The discovery provided to the defense regarding J.L. contains only two things: an interview with her and her credit report. What makes it bizarre is that the credit report seems to contradict her interview. She does take out a loan from Navy Credit Union but she has been making payments on the loan and it has not affected her credit. She could have easily had the loan forgiven by showing that Campbell has been accused of defrauding her. Instead, she is making the payments.

She claims that he forced her to buy a bunch of stereo equipment at Best Buy and furniture at a store and then did not pay for it. Yet there is nothing in her credit

report regarding Best Buy or a furniture store and certainly nothing derogatory. Apparently, the government tried to find these accounts and were unable.

On a side note, she states in her interview that she was impressed with Campbell at the time because he was driving a Lamborghini. Campbell did not own a Lamborghini at the time she claims they were dating. But coincidentally, in J.Q's You Tube videos and Instagram posts, J.Q. shows Campbell with a Lamborghini. The defense would again suggest to the Court that this shows a number of the accusations were taken directly from J.Q's videos.

(4) MH and KH – M.H. and K.H are mother and daughter. Campbell dated M.H. for two months and then remained friends. Campbell became acquainted with her mother, K.H. through his relationship with M.H. The victim's statements to the police were true to an extent. They gave Campbell money for an investment and they have not been repaid. However, as with the rest of this case, that is not the full story.

The investment referred to was not a house to be sold (Campbell did do some house flipping). In actuality, the investment was a container company that M.H. introduced Campbell to through her friend Darell Hollinquest. It was not Campbell's idea to invest in the container company – it was actually the opposite. In fact, much of the money that her mother and she invested was put into the container business, including money that was never given to Campbell. The defense has attached Exhibit #7 to show the exchange between M.H., Darrell Hollinquest and Campbell.

Campbell admits that he took some of the money given to him by M.H. and K.H and put them in other businesses and used them to pay personal items. Again, it is why he has pled guilty in this case. But this is another example of how the "Romance scammer" scenario put forth by the government is simply not true. Campbell did not date her and convince her to invest her money in a company. She was the one who asked him to invest and, in fact, Campbell did invest in the company and lost $30,000.

Campbell does not disagree that K.H. gave him the $60,000 for the investment.  He does not agree that she gave him an additional $25,000 for cancer treatment.  Counsel has been unable to find the $25,000 wire sent to Campbell either.  However, even if there was an additional $25,000 provided to Campbell, that still equals a total of $85,000, not the $126,975 listed in the PSR loss column.

One final note.  M.H. states that Campbell gave her $1000 when she was in financial trouble.  Campbell believes that the amount is closer to $10,000 to $15,000, plus paying for a number of expenses.  The Court can see from text messages that he is paying a lot of her bills.  (Exhibit #8).

(5) Credit Reports – The problem that the defense has with the allegations that Campbell "convinced" several of the women to get credit cards and cars is that once again the entire story is not being told.  Campbell did not convince anyone to get a credit card or a car.  Many of the women he was with saw that he had a luxury car and several credit cards.  They wanted a nice car, a nicer apartment and high limit credit cards.

Campbell helped them to get these things, mostly by helping them fill out the applications.  He would advise them to put in higher incomes than they made and put themselves down as an employee of a company he owned and with a high salary.  He would verify if anyone checked.   At times, either one of his companies or Campbell personally would be put on the application because the applicant did not have good credit or sufficient income.

Campbell understands that telling the Court this does not put him in a good light.  However, it is important to him that the Court understand that many of these were not helpless women being taken advantage of, but rather women who saw an opportunity to get nicer things and got Campbell's help to get them.  The defense would simply tell the Court that on these applications that contained the inflated income, the alleged victims filled out the application and signed it.   The women knowingly put down the false information in order to get the luxuries.

Furthermore, when they could not make the payments (or Campbell stopped helping them make the payments), they did not do anything until J.Q's You Tube video and her contact with them. After that, and after talking with the police, they went to the credit reporting agencies and reported the charges as fraud, using Campbell as the scapegoat, to get the bad credit removed.

(6) Cancer – There are numerous references to Campbell telling various people that he had cancer, specifically Hodgkins Lymphoma.  The clear insinuation from the government is that this was a lie and part of the scam that Campbell was pulling on these women.

In particular, an investigator from the FBI contacted Cedars-Sinai Hospital to find out if they had records regarding Campbell.  According to a couple of the victims, Campbell had specifically referenced being treated at Cedars-Sinai.  According to the FBI, the hospital reported that no records were found.

Exhibit # 2 is a collection of Campbell's medical documents from Hoag Hospital and Cedars-Sinai Hospital.  There are also documents from Kaiser Permanente that were ordered but have not yet been provided.

The records show that Campbell did have a history of Hodgkins lymphoma and that he was treated at several hospitals over the years.  Campbell was diagnosed with Hodgkins when a larger tumor was taken off his back.  Fortunately, he caught it early and it had not spread.  As with many Hodgkins patients, he has occasional flare-ups that are signaled by discoloration of the skin and small bumps.  He gets regular check-ups and so far there has been nothing serious.

Of particular note are the records provided from Cedars-Sinai which show Campbell getting lab tests for cysts on his body.  (Exhibit #2).  Although the results are mostly positive, they do indicate that he has to continue to monitor his health.

Two additional notes on the supposed cancer scam.  At least two of the women in their interviews mention seeing the discoloration and bumps on Campbell's neck and forehead and asking him about the marks.  Secondly, R.Z., one

13

of the supposed victims and Campbell's sister-in-law, states in her letter (Exhibit #1A) how offensive the talk of Campell faking the cancer is because she was with him during the time, including during surgery, and knows how difficult it was.

## III.    PERSONAL BACKGROUND

Mr. Campbell's story begins on the outskirts of tragedy.  When Mr. Campbell's mother was four months pregnant with him, his father was murdered. Stanley Campbell was shot in the back of the head during a robbery of his vehicle when he was attempting to go pick up Mr. Campbell's mother, Ms. Chonta Hurd from the hospital.

Mr. Campbell has three maternal half-siblings and two paternal half-brothers. All of Mr. Campbell's maternal siblings have different fathers, and Mr. Campbell always watched his siblings with their fathers and their interactions.  Although, none of them had a consistent father figure, Mr. Campbell was always envious as a child because he always thought to himself 'at least they have a dad."

His father was a figment of his imagination, and because he was not there to prove him otherwise, in his mind, his father was a folktale hero.  His visions of his father were nothing short of fairytale, especially in light of the fact that he had always heard from his family that his father was an exceptional man.  Although, he had never met him, Mr. Campbell formed a strong bond with the idea of his kind and loving father.  He always kept a photograph of his father taped to the back of his bedroom door. This seemed to provide Campbell some comfort and a sense of belonging.

Until he was about 8 years old, Mr. Campbell resided with his mother, maternal grandmother, and siblings in Los Angeles. Mr. Campbell had a close relationship with his grandmother, especially because his mother was so young.

1  When Mr. Campbell was in the third grade, his mother married Alonzo Herd and he,
2  his mother and his younger half-sister moved to Pomona to live in his stepfather's
3  home.

4        It was then that Campbell's life changed forever.   Campbell's stepfather
5  physically abused him--he was choked, whipped with a belt, slapped, etc.  Aside
6  from the physical abuse, his stepfather also abused him mentally and emotionally.
7  The worst of it for him was when his stepfather tore and ripped into pieces his
8  biological father's photograph off his bedroom door, shouting, "I don't want this
9  dead n**** on my door." His stepfather knew how much Campbell's father meant to
10 him.  This might have been more painful than the physical abuse Campbell endured
11 as that photograph was one of the few memorabilia he had of his father.

12       Campbell's mother worked two jobs to make ends meet.  She would
13 complete her first job, come home to cook dinner for the family, and then go to her
14 second job. Thus sadly, Campbell spent more time with his stepfather than his
15 mother, as he had to be home alone with his stepfather while his mother was away
16 working.  As such, his mother did not personally witness all the abuse Campbell
17 endured when he was alone with his stepfather. He would try to tell his mother what
18 happened, but his stepfather would always convince his mother that he was lying.
19 Campbell began to resent his mother for believing his stepfather, even after the fact
20 that his stepfather was also abusive towards his mother. He also resented the fact that
21 she would always forgive him and go back to him regardless of his abuse.  Campbell
22 recalls that his mother would sometimes wear her hair over her eye to cover a black
23 eye.

24       The last straw was when his stepfather took Mr. Campbell to the train
25 station and told him to leave, never to return and left him there at the train station.
26 After that incident, Mr. Campbell went to live with his aunt, his biological father's
27 sister.  He was 16 years old at the time.  Campbell's mother got a divorce from his
28 stepfather in 2004.

Despite the pain his stepfather caused him through his childhood and his teenage years, Mr. Campbell still says that he is thankful to his stepfather for one thing—he taught him that he can only earn with hard work.  Mr. Campbell would not receive an allowance unless he worked for it.  Even when he was a child, his stepfather made him cut the neighbors' grass, clean their pigeon cages, clean after the dogs etc. in order to receive an allowance.  This is the only positive memory he has of his stepfather.  After Mr. Campbell moved out, he had no interactions with his stepfather.

Mr. Campbell never received therapy as a child or a young adult because as an African American male he was always taught that he is a man and he just had to deal with it, and that therapy was not an acceptable alternative.  However, as he grew older, he realized how desperately he needed someone to talk to about what happened in his life, especially because he feels he cannot share his intimate thoughts, emotions, or even the events of his life with anyone openly.  The only sense of normalcy he has ever felt was with his biological father's side of the family.  Not even his mother. Thus, Mr. Campbell is currently in therapy, and finds that it is helping him cope.

**Health Issues**

Mr. Campbell has struggled with his health since he was a child.  Mr. Campbell has had an irregular heartbeat from a young age.  He also has a history of seizures that began while he was in high school, specifically after he suffered a concussion playing football.  His seizures were exacerbated by a very traumatic event in his life.  When he was 19, there was a racial war in Pomona between Hispanics and African Americans.  During the time, gang initiation for Hispanics was to kill an African American.  When Campbell was 19 years old, Hispanic males put a gun to his head and told him to drive to a secluded area.  During the drive, they repeated that they were going to kill him, specifically that they were going to set him on fire.  They stopped at a remote area, put Mr. Campbell in the trunk of his vehicle

16

and poured gasoline all over him.  By pure luck, they had forgotten to bring a match or a lighter, and so they decided to leave Mr. Campbell in the trunk of the vehicle.

Mr. Campbell tried to escape, but was unable to.  All he can recall is waking up in a hospital bed with a ventilator, and two police officers outside his hospital room.  He later learned that a tow truck driver found him passed out in the trunk of his vehicle.  After this incident, Mr. Campbell began to suffer from extreme anxiety, panic attacks, and began to experience troubling seizures.  To present day, he cannot tolerate the scent of gasoline.

Furthermore, Mr. Campbell as discussed above, was diagnosed with Hodgkin's lymphoma. The lymphoma has caused a tumor to be removed. He has had two removed from his neck and his forehead and his buttocks.  The tumor were caught early and at a young age so it has been very treatable.  The last occurrence was in 2015 but he has had positive sampling as recently as this year.  These are small discolorations and are not necessary to have treatment but do require checking on periodically.   Having the disease at an early age, convinced Campbell that he was not going to live long, a feeling that he admits is more psychological than scientific.

**Marriage and Family Life**

Mr. Campbell married Joanna Sou in 2012 year in Dallas, Texas. Unfortunately, the couple separated repeatedly over the course of their marriage and then finally divorced in 2021 as they realized they were an incompatible pair.  They have two children, Makayla and Kaliana, ages 10 and 8 respectively.  Mr. Campbell's children mean everything to him, and he is extremely close with both of them.

Before his arrest, he would have the children from Thursday until Tuesday every other week.  After this case, his ex-wife has moved and taken the children to Austin, Texas. His wife made the decision to move in Texas as she felt the children were being harassed and teased at school regarding the instant case.  Some of the

parents learned of Jessica Quezada's YouTube video relating to Mr. Campbell, and the children began taunting Campbell's daughters.

Mr. Campbell is now only able to see his children when probation allows him to travel once or twice a month to Texas.  However, he FaceTime's with his girls every day, and speaks to them multiple times over the phone.  He also pays child support.  The children are struggling as they miss their father and cannot comprehend why they are unable to see him more often.

Because the thoughts that he failed as a father were haunting him, he began drinking alcohol and using cocaine after they separated for good.  This was the first time he had ever tried drugs.  Previously, he stayed away from any and all drugs as he had family members pass due to a drug overdose.

Mr. Campbell struggled mightily after his separation. However, he pulled himself together after a year for the sake of his children.  His goal was to focus on his work and providing for his children.

Mr. Campbell has been working his whole life since he was 16 years old. And not just working one job – most of the time it was two or even three. He has never been able to rely on anyone financially.  He had to depend on himself since he was a teenager. His first job was at a McDonald's.  He also worked at Round Table Pizza, Ralphs, a Costco distribution center as a forklift driver, Walmart, and Home Depot.

His first major job was at Texas Fitness Facility in Copell, Texas.  He started as a salesman and worked his way up to general manager at a new fitness center in Dallas.  The general managers had a structured pay package that included commissions based on profits and by the end of his first year as manager he was pulling in close to six figures.

He eventually left Texas to move to California and got a job at Equinox Fitness, a high-end gym where customers paid three to four times what they were

paying in Texas.  He continued to earn a high income for several years, but the job was stressful and he wanted to be an entrepreneur.

In 2014, he started ITUS Security Company, a company that employed seven unarmed security guards. (Exhibit #9A). He was able to secure small contracts with apartment complexes and malls.  Campbell had a guard card and would often work night shifts after working all day at Equinox.

After he quit Equinox, Campbell started Arion Transportation with his brother-in-law out of Texas. (Exhibit #9B). Arion's function was to transport cars and other items across the country.  For example, if a person moved to California from Florida, Arion would move their cars for them.  They owned a Gooseneck truck and later got another truck that could pull six cars at a time.  The company was successful to a point, they would often pull in $10,000 to $12,000 a month, but Campbell was doing much of the driving himself, especially early on, and the toll it took on his personal life was harsh. In 2017, after one of the trucks needed massive repairs, they closed the business.

Although the security company was still providing an income, Campbell decided he wanted to get a real estate license.  He went to real estate school but found out that he was not likely to get a license because of the felony on his record.  He began partnering on projects with Crystal Carter who would invest in properties, stage them with nice furniture and then flip them a few months later.  She let Campbell invest in some of the homes and he would make some money when she flipped the houses. (Exhibit 1D, Carter letter).

Campbell also started dabbling in a credit repair business.  He would help some of his friends get cars and mortgages by cleaning up their credit and showing them what they needed to get a mortgage.  The letter from Michael and Stephanie Parker attached as Exhibit #1E is an example of a couple he helped get a house.

During his friendship with M.H., she mentioned a friend, Darrell Hollinquest, who was putting together a container business.  Essentially, it was buying large

19

shipping containers for anywhere from $3500 to $5000, and remaking them into small homes for the homeless. The idea was to partner with the government to provide fast and functional housing during the homeless crisis. The containers are not re-cyclable, so this also provided a service in disposing of them in a profitable way. Furthermore, California had just passed a law that allowed for the use of items like the containers to house the homeless.

Campbell liked the idea and, along with M.H., invested $30,000 of his own money. Darrell turned out to be a flake who refused to back up his promises or come up with any money and eventually was dropped from the business. Campbell took over the operations purchased thirteen containers to fix up and renamed the business IPH-LA. (See Exhibit #9C). Some of the money given to Campbell by the women in this case went to building up the business, specifically leasing a space for the containers and a place to rework them. He met with local housing officials and was making progress when he was arrested in this case.

The FBI also refers to a company name INDVLS where money was wired into the business account. INDVLS was the parent company to the other companies he had created. It can be confusing because there was also INDVLS Fitness and Wellness which was a company Campbell formed with two friends to start an upscale gym in Los Angeles. Campbell had to drop out after his arrest, but he believes the partners did open the gym.

The point of this lengthy breakdown of his work history is simple – scam artists do not usually work two jobs a week at jobs that are often manual labor. One of the reasons that several of the women dated Campbell was that he was clearly ambitious and appeared to be headed for enormous success. As with a lot of entrepreneurs, Campbell was always sure that the next business was going to be the next big thing and he would be able to pay back everything.

But perhaps most importantly, after Campbell's arrest and release, he did not sit in a house all day bemoaning his problems and refusing to go forward. He did

what he had done since he was 16 – he went to work.  Campbell got a job as a UPS driver during the day and the manager of a mini-grocery store at night.  He currently works eighty hours per week at a minimal salary.  But he is determined to keep working and taking care of his children.

Mr. Campbell has always been insecure in himself.  He always struggled with an identity crisis, and always felt that the only time people noticed him was when he did something for them or for their benefit.  Thus, anytime that he won any money while gambling, he would share the wealth, to say the least.  He would purchase luxury gifts for his friends, family members, girlfriends, including some of the women mentioned in the indictment herein.

A close friend, Jasmine Sanchez (Exhibit 1C) states in her letter addressed to the Court,

> "Zeshawn is always ready to hand the shirt off his back when needed. He has one of the biggest hearts I know.  From helping people on the side of the road from an accident to educating and lending out a hand when needed.  When I first met him 4 years ago, he lent me his vehicle when mine had broken down and I had no other transportation.  He lent me that car with no hesitations with not knowing me for long and helped me get my car out.  He is truly amazing and has big plans to help the homeless out in the city of Los Angeles.  He has worked really hard on his project he created, IPHLA (Indvls Project Homeless) His desire and thrive to do better in the world and giving back is impeccable.  I have watched him work on this dream of his for 4 years now and the motivation and strive gets stronger each time.  Ze is a well-rounded, good-hearted person that wants nothing more than to be happy and be closer to his daughters."

His current girlfriend Samantha (Exhibit 1B) writes to the Court:

"When Ze and I met in august 2021 my oldest son at the time 11 years old was starting to have extreme depression and anxiety attacks making it impossible to even get him in the car for school or out of the house.  My son was becoming violent in fear…Ze was an incredible help from the start.  Within the first 2 weeks of knowing him he had sent my son and I journals and wrote my son a brief message telling him when he was young writing things down helped him process spaces better.  He would sit on the phone with me for

hours listening to me cry and helping me understand patience's…He has made the children feel safe and like they had a father figure around finally.  He has made time to spend days with each of them separately to get to know them and do things they enjoyed doing…

Before you can call Ze'Shawn anything, he is a father first.  To the ends of the universe, he would go x10 for Makayla and Kaliana Campbell.  If it's needing to hope on a plane, drive 18 hours, be up at 4am to say good morning, YouTube how to do hair, play dress up, be a stunt man for their gymnastics, motivate, discipline, teach or congratulate them he's there…Nothing on this earth holds a candle to them."

## IV.    Conclusion

Campbell hopes that the Court will show leniency in the sentencing and understand that he is not the monster portrayed by the government.  His actions hurt several women but that was never his intention.  In particular, he feels that one person he treated poorly was M.G. who was different that the other women in that she was not looking for material items.  He also has enormous regret that he pushed M.H.'s mother to get involved in the company and that he used some of the funds she provided for his own personal use and businesses.

He does regret how he used to live and his desire to focus on material wealth versus what is important.  He recognizes he got caught up in that lifestyle and that his actions hurt people and they lost money.  He has always been a big believer in hard work and as he moves forward in the future, he will focus on simply working harder.

However, Campbell is not going to downplay the truth in order to get a lighter sentence.  He is struggling with how he has been portrayed.  He feels that a part of this prosecution has been unfair as several of the women accusing him were not only willing partners to providing false documentation, they were often the instigators as they wanted material things as well.  Again, and this cannot be repeated enough, he is not saying this excuses his behavior.  But he wants the record set straight.  He never intended to hurt any of those women and, in fact, he thought he was helping

them.  It pains him to see several of the women who actively pushed for the cars, jewelry and credit cards to now portray themselves as innocent victims of the Romance scammer.

The defense would simply refer the Court to Exhibit #10, the loan application for J.Q. to get a Range Rover.  She filled out the application falsely and signed under penalty of perjury and got a Range Rover, thanks to his $25,000 down-payment. When they broke up and he refused to make the monthly payments, she started a crusade to destroy him which she was successful in doing.  Notably absent from her videos and postings was the mention that she had knowingly perjured herself to get a Range Rover. Also absent was any mention of the Rolex and the Vegas trips and the many other things he did for her as well as the money he did pay back.   Instead, she had portrayed herself as the naïve victim of the romance scammer who did nothing but steal from her and then left.   It does not excuse his behavior, but hopefully it gives the Court the bigger picture.

Based upon all of the above, the defense is asking for a sentence of 12-14 months which is adequate to punish the defendant for what happened in this case. He did not intend to hurt people, but he realizes that he was selfish and panicked when he started having financial issues.  Regardless of the sentence and the restitution, he will work hard the rest of his life to make it right.

Respectfully submitted:

Dated: March 17, 2023

*s/ Pat Harris*
PAT HARRIS
ATTORNEY FOR
ZE'SHAWN CAMPBELL