# EXHIBIT 1A

March 13, 2023

Rockelle Zelaya Jackson
423 E 131st
Los Angeles CA 90061

Dear Judge,

First off I would like to apologize if this letter lacks in anyway its not an everyday thing where you have to address a judge in a federal case. With that being sad I would like to share my insight on Ze'Shawn Campbell and my experiences with him. I will provide you with my honesty even if it hurts Ze'Shawn in some ways honesty is something that I think this entire case lacks from all parities involved.

Starting with history and relationship I have been knowing Ze'Shawn for a lil over 20 years as I have have dated his brother Marques since high school who I am now married to and have two daughters with now. They have a very small family grandma only had two daughters his mom and aunt so it was always them at grandma's until she passed in 2005. I'm sure these things lack in importance just wanted to introduce the association to my brother in law.

Ze'Sahwn and I became very close when he began having medical issues as I naturally became a care taker wanting to do all I can to ensure and assist in his declining health. I partnered with his ex with in this task for a better lack of words. We spent hours days weeks researching Hodgkin's Lymphoma we started with his diet and made changes there his ex-wife would practically pour juices down his throat understandably so this was not only her husband but the father of her kids. I have personally spent my own money and time buying and juicing for Ze'Shawn thc, talking to friends and family in the medical field as I work in a hospital and see the toll cancers of any short takes on families. Its pretty disappointing to see and hear and the new and all of there internet that he lied about cancer, this was a very real thing for our family and was something we dealt with. I personally witnessed a physical change, gathered for surgery, saw a fear in his wife eyes, and most impotently held a grown man as he cried and felt helpless in is little brothers health a man who had lost their grandma at 55 due to cancer, a cancer that has tore through that family calming so many. I even recall a time his mom thought she was pregnant and had a 6 pound tumor that had been growing removed. My point in all this is that it was very disappointing to see a system fail and allow this narrate of he lied about cancer be pushed and even though you the prosecutors and everyone in that court room will see that "A HISTORY OF HODGKIN'S" to the rest of the world y'all allowed this false narrative to be pushed. I've consider this to be a mistake a oversight but I was proving wrong in my next point.

I received a call from the FBI asking if I knew Ze'Shawn and wanted to speak, I informed that I did know him and had nothing to talk about and would speak with my husband. I later received another call inviting me in to an office to discuss Ze'Shawn and again I told them that I didn't have anything that needed to be said and what they were saying did not happen to me and I have nothing further to say. More recently I have learned that my name is in Ze'Sahwn's case with an amount of money in the sum of $89,000.00 listed as a

lost. This is when I came face to face with that same disappointment and realized its not an oversight its just the lack of care both instances have been and can be extremely damaging. I was trying to refinance my home but needed to fix my credit and do repairs to the house before this could happen so Ze' let me borrow the money once I received the money for my refi I returned it to Ze'Shawn. They stand to gain everything by things they will just say was an accident but if wasn't caught Ze'Shawn on the other hand stands to lose more that what has already been lost.

While I myself have had talks, plans and goals about opening a juice bar and other things with Ze'Shawn and he has this fearless attack it head on demeanor and if we fail we will get up and try again that's not a life or decision he should make for others. Yes I have had my own moments of disappointment and frustration I knew that this is the same person who is going to push me beyond my comfort zone. I knew what I wanted I may have not liked the course of action taken but that isn't a burden I can put on him or be upset with because its those same risk that has afforded Ze'Shawn some of the opportunities he's had and blessed so many others with.

As a woman, mother, and simply human being I don't take anything away from those involved in this case as those are their feelings, emotions and experiences. I'm no one to say what you feel is wrong, I have meet Jessica personally on a few occasions around Ze'Shawn and know he treated her well they were constantly doing things, I remember having conversations with Ze'Shawn about his spending on her and their relationship because he was just separating from his wife again. I wanted him to be sure he and her both were in it for the right reasons. So to say I was disappointed when I saw the YouTube video is an understatement, that was an character assassination and no way the truth on how he treated her in the few months they dated Oct, 2018 to Jan 2019 to be exact. Even more upsetting was me seeing my kids in such a video when they have absolutely nothing to do with this situation once so ever.

I can go on and on as this has been apart of all our lives the past 3 years but just wanted to share my take and offer insight in anyway possible. Thank you for taking the time to hear me out.

Sincerely yours,

Rockelle Zelaya Jackson