# EXHIBIT 1B

Dear Judge, Scarsi,

     My name is Samantha L Lopez and I have been Ze'Shawn S. Campbells girlfriend for the last year and a half. I'd first like to thank you for giving us, Ze'shawns friends and family, an opportunity to express who he is to us and what we know of him, experienced of him and have witnessed him portray throughout his life.

While who I am matters little, I do believe the details of my life that I've allowed Ze'Shawn to be a part of hold some weight to who he is as a person. We met through a mutual friend who he's known for a couple years, and I've known for over a decade. I am a very dedicated full-time mother of 3 ranging in ages 10, 13 & 14 years. Two of them boys and my oldest being a girl whom he has made a conscious effort to build relationships with each and successfully so. When Ze and I met in august 2021 my oldest son at the time 11 years old was starting to have extreme depression and anxiety attacks making it impossible to even get him in the car for school or out of the house. My son was becoming violent in fear. It got so bad I had to hide all sharp objects in our home and sleep in the living room with him to make sure he was ok. At the same time my daughter at the time 12 was having identity changes and feelings about herself. Ze was an incredible help from the start. Within the first 2 weeks of knowing him he had sent my son and I journals and wrote my son a brief message telling him when he was young writing things down helped him process his spaces better. He would sit on the phone with me for hours listening to me cry and helping me understand patience's. He built the closest bond with my daughter who felt she was more of a boy at the time and their dad isn't around much, so Ze became a male parental figure to her. She confided in him a lot and he is much more patient than I can be as well as a better listener. He has made my children feel safe and like they had a father figure around finally. He has made time to spend days with each of them separately to get to know them and do things they each enjoyed doing.

As a partner he has been nothing short of supportive. I feel we both have learned so much about ourselves through this relationship. I will say being in a fresh relationship with someone that has a case like this has been no easy task. The journey has been hard, trying and full of doubts due to the words of strangers on the internet. This is someone I would trust my life with and my children's lives with though still. Someone I would build a home with and set and achieve goals with. Ze has always made it a priority to be open about everything from the start though and I think that's why it's always been easy to stay and choose him. He is loving, kind, caring, thoughtful, accountable, inspiring, wise and my best friend. When I am in my dark spaces, he will sit on the phone with me for hours. When I need encouragement, he lifts me. Ze has taught me how to have patience with myself and others. He's taught me to not rush good things in life and how listen to learn. He's taught me how to be accountable when I'm wrong by how easily he is willing to be accountable in his own wrong between us and outside of us. He's never strayed from owning his choices wrong or right because he believes in truth.

Before you can call Ze'Shawn anything, he is a father first. To the ends of the universe, he would go x10 for Makayla and Kaliana Campbell. If it's needing to hop on a plane, drive 18 hours, be up at 4am to say good morning, YouTube how to do hair, play dress up, be a stunt man for their gymnastics, motivate, discipline, teach or congratulate them he's there. If there were only 3 chicken nuggets for them to each eat 1 in 24 hours the girls are each getting one and a half chicken nuggets. Nothing on this earth holds a candle to them. He teaches them accountability within and outside their home. Teaches them grace with self and others. He teaches them how to problem solve conflict with patience's. He teaches them dedication and following through. He teaches them right and wrong. The way they adore him. When I've watched them interact it saddens me to know they are missing out having him as much as they once did. To lose having your father consistently to only here and there must be such a hard feeling and disappointment for them. It saddens me further because I know it's not out of choice by Ze. Ze is what a father looks and acts like. He's present, he interacts, he's involved, he wants them to want the most from themselves. I've watch him cry countless times because of the absence of them and the fear of that absence being much longer than we all would like for it to be.

In my time knowing ze which I admit isn't long but long enough for me to witness him, learn about him and know him. He's a giver. I've watched him selflessly help so many people in our short time for nothing in return. Which in many times because he's so giving people grow accustomed to his kindness and it becomes an expectation rather than something worthy of gratitude. I've watched people call him repeatedly non-stop angry he hasn't returned their call over something as simple as helping them with a question they could simply find on their own with some research. Not asking how he is as a person. Not checking in on him or this case or asking how his girls are knowing he's been restricted from seeing them as much as he once did. I've watched people beg him to help financially knowing he's in a tight spot and has such limited options to bring in money for himself.   People still expect his help while he's so restricted due to this case I can't even begin to imagine the expectation when he was a free man with no restrictions. He has somehow become the person people lean on for their problems and the same person they blame if their life falls short due to their own choices if he couldn't help as much or chose not to at all. He is a natural giver that unfortunately has been taken advantage of because of that kindness and caring heart he has.

Ze'Shawn is funny, intelligent, wise, educated and all around amazing. This past year and a half has been extremely hard and I know I still haven't got the full version of him. How could anyone give their full self in the middle of such a horrible case with such a disgusting amount of attention and defamation of character before anything even being proven. And he wasn't the only one to suffer. His family suffered directly due to a YouTube video that named them including his nieces who had nothing to do with any of this. It takes a nasty person to inconsiderately involve children from Ze's family that potential could have jeopardized their safety. I've watched Ze'Shawn live as a guilty man due to the restrictions the system placed on him before anything was proven even before a plea was agreed upon. I've watched Ze spend so much money for a lawyer that did nothing and then had to spend double to find a lawyer to just do their job finally.

I've watched him cry countless nights and talk him out of losing faith in life because he's missed his girls so much and unable to visit them due to having zero access to his bank accounts and unable to open a bank account for checks to go to when he finally did find a job that would hire him. It took hoops on fire for him to jump through to even get one. I myself have received messages through social media from fake accounts claiming Ze is a bad guy and to be careful. I can't even imagine the fear he has trying to rebuild life for himself and his daughters when someone out there is always trying to destroy it. His life and image has been completely shredded but he never gives up. He stands up, picks his chin up and continues to try despite what is to potentially come against him.

Ze'Shawn was a black American boy that grew into a black American man with black experiences that no one of any other race on this continent can understand but them. And yet he grew to desire the American dream still when the world made him feel he wasn't worthy. He grew to want to be a man of worth. A man with something to show for himself. A man that gave his kids not only the world but the best father he could be for them and that dream specifically was the most damaging that before being proven guilty his girls are growing and missing out on the opportunity of having a present father. A father that wants to be a present. Something no dollar can bend time back for. Ze'Shawn is a man of integrity and dreams. Aspires to own businesses that help others while becoming the entrepreneur he always dreams of being. We've talked about wanting to open restaurants and how he would love to hire homeless or how we'd have a day out the week the homeless could eat for free. We've talked about wanting to build container homes for the less fortunate. We've talked about the beauty the world has in the places most of us would think has nothing. His heart is for the people. His soul is drive by the people. Nothing is ever for him and him only. He is such a selfless person and perhaps when all this is done, he'll need to learn to be more selfish. This is not a man that seeks to improve only his life. His world has shattered and yet he shows up every day not as a victim, not as the person he's been accused of being but still just Ze'Shawn and he will still walk with a smile that is burdened with hurt behind it and a helping hand to those he loves even though it's been bruised and broken.

It's truly hard to sit here and sum up what Ze means to me and my children. It feels near impossible to describe someone's goodness in a letter in hopes you see what we've experienced. I don't even know to begin. If I repeated myself just know its my hearts plea to you so you can see the man Ze'Shawn Stanley Campbell is and not this imagine that has been spun of him in media and the claims. I hope this little glimpse of what I know of Ze helps you get closer to the truth. Thank you again for your time and patience in all of this. I pray truth perseveres in the end.

With love & appreciation,

Samantha L. Lopez
(909)-957-6193

3/14/2023