# EXHIBIT 1C

Dear Judge,                                                                                      02/15/2023

      Thank you for taking your time to read my letter. I want to start off by speaking from my heart and saying Zeshawn is a true genuine soul that provides for 2 beautiful daughters. Zeshawn is truly a hard-working man that has big plans to help those around those in need. He is always ready to be of service to others and has helped me, personally in many ways. I will give a few reasons on why I think he deserves a second chance.

      In my four years of knowing Zeshawn, I've seen this man's reputation get slandered and dragged through the mud. The number of obstacles and stress he has encountered have been at its all time highest. I've seen many messages on social media coming from fake profiles just stating the ugliest of words about him changing the defamation of his character. I, myself have received messages from unknown profiles dehumanizing him telling me what a bad person he is and advising me to stop talking to him. Even in those horrifying and terrorizing moments, he has had the ability to stand up tall, ignore all that was being said and has tried to move forward. His capability to remain strong for his family, daughters and himself has been unbelievable. Its not fair to anyone to be humiliated in public for everyone to see, especially his daughters. Any human with a heart shouldn't have to go through this devastation. It hurts my soul to have had to witness Zeshawn, such a warm-hearted human being to have to go through this. It saddens me to have to be called by federal agents asking me if I would like to speak against Zeshawn as if I had something to say, making me feel like I was one of them when in fact I had never once experienced anything like those accusations. To be honest, he is one the most trustworthy people I know, and I trust him with everything that goes on in my life.

      Zeshawn and I have been long time friends for four years now and I've come to appreciate every moment I get to experience with him. We are always teaching each other (mostly him doing the teaching) but I have learned so much these past few years. I have grown stronger in many aspects of my life. Even after we shared a romantic relationship, he remained one of my best friends. Zeshawn always has my best interest at heart with all areas of my life. I have had the wonderful opportunity to really get to know Ze's heart and mind. I am so grateful for Zeshawn every day. He is always there when I need help with work advice, car buying, or everyday life struggles.

      Zeshawn is always ready to hand the shirt off his back when needed. He has one of the biggest hearts I know. From helping out people on the side of the road from an accident to educating and lending out a hand when needed. When I first met him 4 years ago, he lent me his vehicle when mine had broken down and I had no other transportation. He lent me that car with no hesitations with not knowing me for long and helped me get my car out. He is truly amazing and has big plans to help the homeless out in the city of Los Angeles. He has worked really hard on his project he created, IPHLA (Indvls Project Homeless) His desire and thrive to do better in the world and giving back is impeccable. I have watched him work on this dream of his for 4 years now and the motivation and strive gets stronger each time. Ze is a well-rounded, good-hearted person that wants nothing more than to be happy and be closer to his daughters.

    Makayla (10) and Kaliana (8) Campbell are his two beautiful daughters that are always full of joy. They absolutely love and cherish their daddy. I can hear the excitement in their voices when they get on the phone. Zeshawn has been an amazing, caring, and loving father to them. He is fully engaged in their lives and goes above and beyond when it comes to Makayla and Kali. He will do anything to try to get to them In Texas and spend any time with them. A kind and loving soul that I believe from the bottom of my heart should get a second chance.

    Zeshawn deserves a second chance so that he can be closer to his family and pursue his dreams by doing better by people. I say this because he really does try to do good by people. His heart is truly genuine that just went through a rough patch with negative people who are just out for attention. I speak to you Judge with a warm and open heart, Ze is a good person. He has touched and changed people's lives for the better. I know because I am one of them. So, I ask you your honor, to please grant Zeshawn a second chance because he truly deserves it. I hope I can speak to your heart your honor. Thank you for your time.

                                                                                                     Sincerely,

                                                                                                      Jasmine Sanchez