# EXHIBIT 2A



SCOTT W. BINDER, MD - *Medical Director*

> 8158 Beverly Blvd, Los Angeles, CA 90048
P: 424.245.PATH (7284)  |  F: 323.944.0639

**Name:** CAMPBELL, ZE'SHAWN
Submitter Location OFFICE
Submitted by: Dong Jun John Park, M.D.

**Age:** 27
**Sex:** M
**DOB:** 03/31/1987

**Access No.:** S2015-002112
**Collection Date:** 02/27/2015
**Patient phone:** (949) 344-5756

## SURGICAL PATHOLOGY REPORT

### Diagnosis

**SKIN, GLUTEAL CLEFT, EXCISION:**
- Pilar (trichilemmal) cyst
(bxb)

```
200804774/2912 – 971 – 7730
CAMPBELL,ZESHAWN
M, 3/31/1987, E 4/22/2015
Laboratory, Unknown, MD
Laboratory, Unknown, MD
ORSC
```

### Clinical Information

Epidermal cyst

### Physicians

Dong Jun John Park/OFFICE/(949) 387-1404/949-387-1523

### Gross Description

Received in formalin labeled "CAMPBELL, ZE'SHAWN", and "gluteal cleft" the specimen consists of a 1.8 x 0.9 cm ellipse of gray skin that is attached to a 3.5 x 2.4 x 2.1 cm white firm mass. The deep margin is inked black and the tissue is serially sectioned. Representative sections are submitted in cassettes A1 through A3.
(BXB/wvu)

**Electronic Signature**

Bonnie Balzer M.D., Pathologist
(Case signed 03/03/2015)

**Professional Component Performed at:**
PATH MD
Los Angeles, CA 90048

1 of 2 on 03-30-2015 at 18:21 for S2015-002112 CAMPBELL, ZE'SHAWN 3133245 3133246
Duplicate copy

USAO_00013841

Printed on 12/2/2019 12:55 PM

**Campbell, Zeshawn**         Scan on 4/22/2015 11:09 AM by RIVAS, CHRISTOPHER

Procedure

A. ROUTINE BLK.1
H&E
A. ROUTINE BLK.2
H&E
A. ROUTINE BLK.3
H&E

Charges by Specimen

| Item | Code | Description | CPT | # |
|---|---|---|---|---|
| A | 88304 | TISSUE EXAM BY PATHOLOGIST | | 1 |

2 of 2 on 03-30-2015 at 18:21 for S2015-002112 CAMPBELL, ZE'SHAWN 3133245 3133246
Duplicate copy



SCOTT W. BINDER, MD - *Medical Director*

> 8158 Beverly Blvd, Los Angeles, CA 90048
P: 424.245.PATH (7284)  |  F: 323.944.0639

**Name: CAMPBELL, ZE'SHAWN**
Submitter Location OFFICE
Submitted by: Dong Jun Park, M.D.

**Age: 27**
Sex: M
DOB: 03/31/1987

**Access No.: S2015-002112**
Collection Date: 02/27/2015
Patient phone: (949) 344-5756

## SURGICAL PATHOLOGY REPORT

### Provisional Diagnosis

None specified

### Clinical Information

Epidermal cyst

### Physicians

Dong Jun Park/OFFICE/(949) 387-1404/949-387-1523

### Gross Description

Received in formalin labeled "CAMPBELL, ZE'SHAWN", and "gluteal cleft" the specimen consists of a 1.8 x 0.9 cm ellipse of gray skin that is attached to a 3.5 x 2.4 x 2.1 cm white firm mass. The deep margin is inked black and the tissue is serially sectioned. Representative sections are submitted in cassettes A1 through A3. (/wvu)

### Procedure

A. ROUTINE BLK.1
H&E
A. ROUTINE BLK.2
H&E
A. ROUTINE BLK.3
H&E

### Charges by Specimen

| Item | Code  | Description                | CPT | # |
|------|-------|----------------------------|-----|---|
| A    | 88304 | TISSUE EXAM BY PATHOLOGIST |     | 1 |

1 of 1 on 03-02-2015 at 20:06 for S2015-002112 CAMPBELL, ZE'SHAWN 3133245 3133246
interim copy

USAO_00013843

**PATHMD** — YOUR PARTNER IN DERMATOPATHOLOGY

CEDARS PMD

SCOTT W. BINDER, MD - Medical Director
P: 424.245.PATH (7284) | F: 323.944.0639

3/2 5:45
S15-2112
CAMPBELL, ZE'S     2 5
03/02/2015
Skin, cyst
7215

Submitting Physician: John D. Park MD

DX: 706.2

ADDITIONAL REPORT COPIES TO: Dr. Park
PHONE: (949) 307-1523

**PATIENT NAME (LAST, FIRST, MI):** Ze'Shawn Campbell
**PATIENT STREET ADDRESS:** 209 Kempton
**CITY:** Irvine
**STATE:** Ca
**ZIP CODE:** 92620
**SEX:** M
**DATE OF BIRTH:** 03-31-97
**PATIENTS SOCIAL SECURITY #:** 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
**RESPONSIBLE PARTY:** SELF

✓ Insurance    Medicare    Workmans Comp
  Patient      Doctor/Client

**INSURANCE**
INSURANCE COMPANY NAME: SEE ATTACHED

**SPECIMEN DATA & CLINICAL INFORMATION**

| SPECIMEN SITE | CHECK | RULE OUT | CLINICAL HISTORY, DIAGNOSIS & ICD-9 CODES |
|---|---|---|---|
| gluteal cleft | X EXCISION / PUNCH / SHAVE / OTHER | AK / X BCC / DN / SCC / SK | Epidermal cyst |
| | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |

SPECIAL REQUESTS:

SPECIMEN JAR LABELS:
C10007215    C10007215
C10007215    C10007215
C10007215

Printed on 12/2/2019 12:57 PM

Page 1 of 5

**Campbell, Zeshawn**   Scan on 4/16/2015 3:55 PM by PHAM, LENA



SCOTT W. BINDER, MD - *Medical Director*

> 8158 Beverly Blvd, Los Angeles, CA 90048
P: 424.245.PATH (7284) | F: 323.944.0639

**Name:** CAMPBELL, ZE'SHAWN
Submitter Location OFFICE
Submitted by: Dong Jun John Park, M.D.

**Age:** 27
**Sex:** M
**DOB:** 03/31/1987

**Access No.:** S2015-002772
Collection Date: 03/16/2015
Patient phone: (949) 344-5756

## SURGICAL PATHOLOGY REPORT

### Diagnosis

**SKIN, LEFT LATERAL SCALP, EXCISION:**
- Calcified pilar cyst
(d2f)

200804774/2912 – 963 – 6302
CAMPBELL,ZESHAWN
M, 3/31/1987, E 4/16/2015

Laboratory, Unknown, MD
ORSC

### Clinical Information

R/o any carcinoma

### Physicians

Dong Jun John Park/OFFICE/(949) 387-1404/949-387-1523

### Gross Description

Received in formalin labeled "CAMPBELL, ZE'SHAWN", and "left lateral scalp" the specimen consists of a 0.9 x 0.2 cm ellipse of brown skin excised to a greatest depth of 1.2 cm and is remarkable for a 1.0 x 0.6 x 0.6 cm white-tan, subdermal cyst. The surgical resection margin is inked blue and the specimen is serially sectioned to reveal a white-yellow, homogenous, firm cyst. The specimen is submitted entirely in cassette A1.
(DF/wvu)

Electronic Signature

David Frishberg M.D., Pathologist
(Case signed 03/19/2015)

**Professional Component Performed at:**

PATH MD
Los Angeles, CA 90048

1 of 2 on 03-31-2015 at 11:06 for S2015-002772 CAMPBELL, ZE'SHAWN 3133245 3205246
Duplicate copy

USAO_00013847

Printed on 12/2/2019 12:57 PM

Page 2 of 5

**Campbell, Zeshawn**     Scan on 4/16/2015 3:55 PM by PHAM, LENA

Procedure

A. ROUTINE BLK.1
H&E

Charges by Specimen

| Item | Code | Description | CPT | # |
|---|---|---|---|---|
| A | 88305 | TISSUE EXAM BY PATHOLOGIST | | 1 |

2 of 2 on 03-31-2015 at 11:06 for S2015-002772 CAMPBELL, ZE'SHAWN 3133245 3205246
Duplicate copy

USAO_00013848

Printed on 12/2/2019 12:57 PM

Page 3 of 5

**Campbell, Zeshawn**     Scan on 4/16/2015 3:55 PM by PHAM, LENA



SCOTT W. BINDER, MD - *Medical Director*

> 8158 Beverly Blvd, Los Angeles, CA 90048
P: 424.245.PATH (7284) | F: 323.944.0639

**Name: CAMPBELL, ZE'SHAWN**  **Age: 27**  **Access No.: S2015-002772**
Submitter Location OFFICE   Sex: M   Collection Date: 03/16/2015
Submitted by: Dong Jun John Park, M.D.  DOB: 03/31/1987  Patient phone: (949) 344-5756

## SURGICAL PATHOLOGY REPORT

### Provisional Diagnosis

None specified

### Clinical Information

R/o any carcinoma

### Physicians

Dong Jun John Park/OFFICE/(949) 387-1404/949-387-1523

### Gross Description

Received in formalin labeled "CAMPBELL, ZE'SHAWN", and "left lateral scalp" the specimen consists of a 0.9 x 0.2 cm ellipse of brown skin excised to a greatest depth of 1.2 cm and is remarkable for a 1.0 x 0.6 x 0.6 cm white-tan, subdermal cyst. The surgical resection margin is inked blue and the specimen is serially sectioned to reveal a white-yellow, homogenous, firm cyst. The specimen is submitted entirely in cassette A1. (/wvu)

### Procedure

A. ROUTINE BLK.1
H&E

### Charges by Specimen

| Item | Code | Description | CPT | # |
|------|------|-------------|-----|---|
| A | 88305 | TISSUE EXAM BY PATHOLOGIST | | 1 |

1 of 1 on 03-18-2015 at 20:19 for S2015-002772 CAMPBELL, ZE'SHAWN 3133245 3205246
Interim copy

USAO_00013849

3-173-00

## PATHMD #031701
YOUR PARTNER IN DERMATOPATHOLOGY

SCOT... ...NDER, MD - Medical Director
P: ...245.PATH (7284) | F: 323.944.0639

Submitting Physician:   CEDARS
**Signature Plastic Sx Aesthetics**   PMD
John Park, M.D.
4716 Barranca Pkwy
Irvine, CA 92604
TEL: (949) 387-1404
FAX: (949) 387-1523

Acc... ...Use Only
S15-2772
CAMPBELL, ZE'S
03/17/2015

PATIENT NAME (LAST, FIRST, MI): Campbell, Ze'shawn
PATIENT STREET ADDRESS: 209 Kempton
CITY: Irvine
STATE: CA    ZIP CODE: 92620
PATIENTS SOCIAL SECURITY #:
RESPONSIBLE PARTY (IF OTHER THAN PATIENT):
RESPONSIBLE PARTY'S PHONE NUMBER:

C   Skin, excision   242

SEX: M    DATE OF BIRTH: 03/31/87
HOME PHONE:
WORK PHONE: 949-344-5756
SUBSCRIBERS SOCIAL SECURITY #:
RELATIONSHIP TO PATIENT:

ADDITIONAL REPORT COPIES TO: _____
PHONE: _____ FAX: _____

☑ Insurance   ☐ Medicare   ☐ Workmans Comp
☐ Patient     ☐ Doctor/Client

### INSURANCE

INSURANCE COMPANY NAME: Blue Shield of CA
MEMBER (SUBSCRIBER NAME):
MEMBER POLICY NUMBER:
MEMBER GROUP NUMBER:   INSURANCE COMPANY ADDRESS:
INSURANCE COMPANY PHONE NUMBER:

### SPECIMEN DATA & CLINICAL INFORMATION

| SPECIMEN SITE | CHECK | RULE OUT | CLINICAL HISTORY, DIAGNOSIS & ICD-9 CODES |
|---|---|---|---|
| A (L) Lateral Scalp | ☒ EXCISION / PUNCH / SHAVE / ☒ OTHER | AK / BCC / DN / SCC / SK | Rule out any carcinoma |
| B | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| C | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| D | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| E | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |
| F | EXCISION / PUNCH / SHAVE / OTHER | AK / BCC / DN / SCC / SK | |

SPECIAL REQUESTS: 3/16/15

SPECIMEN JAR LABELS:
A _____   D _____ C10007242 —
B _____ C10007242   E _____ C10007242 —
C _____ C10007242   F _____ C10007242 —

USAO_00013850