# EXHIBIT 2B

# Report

| | |
|---|---|
| Patient: | **Campbell, Zeshawn, Stanley, 20012534044 (Providence MRN)** |
| Date of birth: | **3/31/1987** |
| Accession number: | **15032661** |
| Examinations: | **0** |
| Preliminary signature: | |
| Final signature: | **LIEU, JOHN** |

Report created <Unknown date> by LIEU, JOHN

Printed from Sectra IDS7 on 2/27/2023, 10:31 AM by Ramirez Reyes, Eduardo

---

Hoag Memorial Presbyterian Hospital
Newport Beach, CA
949.645.8600

*******Final Result*********
CAMPBELL, ZESHAWN STANLEY
MRN: 2265218
Birth Date: 03/31/1987
Sex:M

Procedure Code: CBRAINWWO
Procedure Description: CT BRAIN W AND WO CONTRAST
Requesting Physician:      3444 / ALBERT S JIN MD
Date Scheduled: 07/05/2015
Time Scheduled: 0110AM

Comments: Specify Contrast: With and Without IV Contrast
Radiologist May Modify Contrast: Y
Special Instructions: with hx of Hodgkin's lymphoma

History: Headache

Reason for Exam: HEADACHE

Accession:15032661

--------------------Radiological Report-------------------

CT BRAIN WITH AND WITHOUT CONTRAST

CLINICAL HISTORY: Headache. History of Hodgkin's lymphoma.

COMPARISON: None.

TECHNIQUE: Using a multidetector helical CT scanner, thin slice
acquisition was performed through the brain before and after the

---

uncomplicated administration of intravenous contrast. Multiplanar reformations were obtained.

CONTRAST ADMINISTERED: OPTIRAY 350 70 ML INTRAVENOUS

DOSE INFORMATION:
CTDIvol (mGy)
Series 2 - Spiral - 48.17 (mGy)
Series 4 - Spiral - 56.25 (mGy)
Total DLP (mGy-cm): 1970.83 mGy.cm.
(Note: The above reported CTDIvol and DLP values are CT scanner radiation output related dose indices, and, as such, they do NOT represent actual patient dose estimates. A medical physicist should be consulted for specific questions regarding the radiation dose for this exam).

---

FINDINGS:

Brain Parenchyma: No evidence of acute large-vessel territorial infarction, acute intracranial hemorrhage, mass effect, or midline shift. Gray-white matter differentiation is preserved. No abnormal enhancement of the brain or meninges.

Ventricles and extraaxial spaces: Within normal limits for patient's age. No abnormal extraaxial fluid collection. Basilar cisterns intact.

Osseous and soft tissue structures: Orbits, calvarium, and soft tissues unremarkable.

Paranasal sinuses and mastoids: No significant sinus opacification. No significant mastoid opacification.

---

CONCLUSION:

1. Unremarkable CT of the brain.

2. Via the established protocol, findings were sent by Tigertext to ALBERT S JIN, MD by the on-call radiologist.

Read By: JOHN G LIEU MD

Signed by: JOHN G LIEU MD

Creation Date/Time        07/05/2015 at  1005AM

Approval Date:   07/05/2015
Approval Time:   1000AM

THIS REPORT WAS RECEIVED FROM AN EXTERNAL RIS SYSTEM

------------------------------------------------------------------------------------------------

# Report

| | |
|---|---|
| Patient: | **Campbell, Zeshawn, Stanley, 20012534044 (Providence MRN)** |
| Date of birth: | **3/31/1987** |
| Accession number: | **15695634** |
| Examinations: | **0** |
| Preliminary signature: | |
| Final signature: | **JUNG, MICHAEL** |

Report created <Unknown date> by JUNG, MICHAEL

Printed from Sectra IDS7 on 2/27/2023, 10:32 AM by Ramirez Reyes, Eduardo

---

Hoag Memorial Presbyterian Hospital
Newport Beach, CA
949.645.8600

*******Final Result**********
CAMPBELL, ZESHAWN STANLEY
MRN: 2265218
Birth Date: 03/31/1987
Sex:M

Procedure Code: MBRAINWWO
Procedure Description: MR BRAIN W AND WO CONTRAST
Requesting Physician:      3949 / EUGENE J KANG MD
Date Scheduled: 10/18/2016
Time Scheduled: 0630AM

Comments: Radiologist May Modify Contrast: Y

History: Seizure

Reason for Exam: GW

Accession:15695634

-------------------Radiological Report-------------------

MRI BRAIN WITH AND WITHOUT CONTRAST

CLINICAL HISTORY: Seizure.

COMPARISON: Head CT 7/5/2015.

TECHNIQUE: Multiplanar multisequence imaging of the brain was
performed before and after the uncomplicated administration of
intravenous contrast using a 1.5 Tesla MRI scanner.

---

CONTRAST ADMINISTERED: OPTIMARK 15 CC INTRAVENOUS

FINDINGS:

Brain Parenchyma:
No abnormal intracranial restricted diffusion.
No evidence of acute intracranial hemorrhage.
No mass effect or midline shift.
No abnormal enhancement of brain or meninges.

Ventricles and extraaxial spaces:
No abnormal extraaxial fluid collection.
No hydrocephalus.
Basilar cisterns intact.
The major intracranial arterial flow voids and dural venous sinuses
appear grossly patent.

Osseous and soft tissue structures:
The orbital soft tissues are grossly unremarkable.

Paranasal sinuses and mastoids:
Expected paranasal sinus signal voids.
Mastoid air cells are clear.

CONCLUSION:

No evidence of acute infarct or other acute intracranial abnormality.
No abnormal intracranial enhancement.

EUGENE J KANG, MD was notified of the results via secure TigerText on
10/18/2016 9:21 AM by Dr. Michael Jung.

Read By: MICHAEL C JUNG MD

Signed by: MICHAEL C JUNG MD

Creation Date/Time        10/18/2016 at  0927AM

Approval Date:   10/18/2016
Approval Time:   0921AM

THIS REPORT WAS RECEIVED FROM AN EXTERNAL RIS SYSTEM

--------------------------------------------------------------------------------

# Report

| | |
|---|---|
| Patient: | **Campbell, Zeshawn, Stanley, 20012534044 (Providence MRN)** |
| Date of birth: | **3/31/1987** |
| Accession number: | **15032660** |
| Examinations: | **0** |
| Preliminary signature: | |
| Final signature: | **CHEUNG, LUKE** |

Report created <Unknown date> by CHEUNG, LUKE

Printed from Sectra IDS7 on 2/27/2023, 10:31 AM by Ramirez Reyes, Eduardo

---

Hoag Memorial Presbyterian Hospital
Newport Beach, CA
949.645.8600

*******Final Result*********
CAMPBELL, ZESHAWN STANLEY
MRN: 2265218
Birth Date: 03/31/1987
Sex:M

Procedure Code: XCHESTP
Procedure Description: XR CHEST PORTABLE
Requesting Physician:    3444 / ALBERT S JIN MD
Date Scheduled: 07/05/2015
Time Scheduled: 0110AM

History: Chest Pain

Reason for Exam: HEADACHE

Accession:15032660

-------------------Radiological Report-------------------

CHEST PORTABLE AT 0 147, 1 view

CLINICAL HISTORY: Headache

COMPARISON: None.

FINDINGS:  The lungs appear clear on this portable single view examination.

The cardiac silhouette appears prominent, possibly because of technical factors although cardiomegaly and or pericardial effusion

cannot be excluded.

CONCLUSION:

Prominent cardiac silhouette.


Read By: LUKE P CHEUNG MD

Signed by: LUKE P CHEUNG MD

Creation Date/Time          07/05/2015 at  0733AM

Approval Date:    07/05/2015
Approval Time:    0728AM

THIS REPORT WAS RECEIVED FROM AN EXTERNAL RIS SYSTEM

-------------------------------------------------------------------------------------------------