# EXHIBIT 5

```
ZE'SHAWN CAMPBELL                                               7
PROOF OF PAYMENT FOR BITCOIN INVESTMENT
MARCH 14, 2023
```

1  up on my phone in a long time.  Until that video.  I didn't
2  even know that shit was even still -- she was even still even
3  fucked up about it from my understanding.  You know what I'm
4  saying?  'Cause you -- then you would talk.  We wouldn't talk
5  about her.  We would -- we would talk about everything else
6  other than that.
7           MR. CAMPBELL:  Right.
8           CHRIS:  We'd be more or less talking about my
9  situation, or whatever I was the -- the hard times that I was
10 going through.  You know what I mean?
11          MR. CAMPBELL:  Right.
12          CHRIS:  We didn't talk about her.  So, I -- in my
13 mind, I didn't know that the -- I didn't know the bitch was
14 still even out here lurking like that.  And I -- I real -- I
15 really didn't
16          MR. CAMPBELL:  Well, yeah. That's -- that's what
17 I'm saying.  The whole thing was like, it's done.  It's over
18 with.  Like, everything is paid.  This is done.  Like, I --
19 like you said, I don't hear from old boy no more.  I --
20 nobody's calling me like, "Hey, yo.  You still owe this.  You
21 still owe this, so I still gotta collect from you."  Like,
22 no.  Everything -- everything was paid.  Everything was done.
23 We all moved on from it.  Like, you know --
24          CHRIS:   Yeah.
25



```
ZE'SHAWN CAMPBELL                                              8
PROOF OF PAYMENT FOR BITCOIN INVESTMENT
MARCH 14, 2023
```

1   MR. CAMPBELL: -- the -- the payment, like I said,
2   the payment to -- from the storage unit, all the shit in the
3   storage unit, it got sold.  Okay, that cash go towards it.  I
4   gave Nephew money that day.  That cash goes towards it.
5   Gave, you know, put money in your account.  Uh, all this shit
6   was like shit that goes toward it.  So, then the balance is
7   paid.  She says nothing.  Like, I don't hear nothing.  And
8   then it's like, all of a sudden, I go to Europe.  I'm
9   traveling and it's like, okay, cool.  I'm gonna put out a
10  video.  And in -- in the --
11      CHRIS:  That's what the problem is right there, bro.
12  See, she wanted -- what she hoped for didn't work, my nigga,
13  and that's why it -- that's why -- that's where the word
14  "relentless" come in at because what she hoped for was that
15  this shit was gonna buckle you down and take you under.  Oh,
16  this nigga bounce back?  Oh, this nigga's doing better than I
17  am?  Oh, he got another chick?  Oh, he got this crib over
18  here, he got that over there.  She's pissed, bro.  She is
19  pissed because guess what?  You were supposed to have that
20  with her.  She's supposed to be going out of town with you.
21  She's supposed to be going those places with you in the dumb
22  bitch's mind.  You know what I'm saying?  That's where her
23  fucking brain is at, dog.  That's -- there's nothing else
24  that would even make sense.  I'm just like, what is she going
25  to gain by this, other than trying to fix her own heart right



```
ZE'SHAWN CAMPBELL                                            9
PROOF OF PAYMENT FOR BITCOIN INVESTMENT
MARCH 14, 2023
```

1 now?  She's trying to make you take -- bring you down to her

2 level so she can feel better about herself.  That's the only

3 thing that even makes sense, bro.  You know what I mean?  I

4 ain't the smartest nigga in the world, don't get me wrong,

5 but I'm very rational when it comes to shit like this,

6 especially being on the outside in.  You know what I mean?

7 Like, it doesn't -- it doesn't make sense.  You did what she

8 asked you to do.  Boom.  You wrecked my car, right?  You

9 wrecked my car.  I told you to fix it and I told you to give

10 me 500 dollars.  You fixed it, you gave me 500 dollars.  What

11 else can I say?  If I say anything else after that, then it

12 was never about the car.  Just like we said, it was ne --

13 it's -- it's not about the bread, dog.  You could -- I

14 guarantee you, you could -- you could pay her for whatever IR

15 -- IRA accounts she's talking about and the 500 dollars for

16 that and it still ain't gonna go away.  Just because she's on

17 some -- like you said, she's -- she's hell-bent on -- on

18 fucking you up any kind of way that she can.

19          MR. CAMPBELL:  Yeah.  And it's like --

20          CHRIS:  [OVERLAP]  All right, go ahead.

21          MR. CAMPBELL:  -- she -- and she don't even care

22 about none of the like -- she's not even worried about none

23 of the proof.  She's not worried.  Like, and that's the

24 thing.  You don't care about the people you brought into it.

25 You don't care about nothing.  Like, I got cashier check



```
ZE'SHAWN CAMPBELL                                              10
PROOF OF PAYMENT FOR BITCOIN INVESTMENT
MARCH 14, 2023
```

1  receipts from when I deposited money in her account.  I got
2  receipts from when I sold all my shit from the storage unit.
3  I -- you know what I mean?  You don't care about --
4           CHRIS:  Yeah.
5           MR. CAMPBELL:  -- none of that.  Like, you go away
6  and then all of a sudden you show back up, but you don't care
7  about -- you don't care about none of the fact that like,
8  everybody is tied in this and you don't care.  Like, you
9  don't care that everybody tied in this.  You don't care that
10 like, you know what I mean?  Like, I would be an idiot if I
11 didn't have -- and that's the thing.  This not about going to
12 the police and telling the police this because it's too much
13 proof out there.  It's too much proof that every effort and
14 every attempt and every balance has been settled.  It's too
15 much proof showing that it's been paid.  So, what do you do
16 instead?  You go to social media.
17          CHRIS:  That's the thing that -- and -- and when the
18 -- and the fucked-up part on your end is you can't defend
19 yourself against all of that shit.  And that's why you can't
20 sleep right now because there's no way you can defend
21 yourself against strangers that automatically got her back
22 that don't even fucking know her.  That's the dumbest shit.
23 That's the dumbest part about it.  You know what I'm saying?
24 90 percent of them motherfuckers that's on there or -- or
25 respond, they don't even know this bitch.  Like, if a

