RANEE A. KATZENSTEIN (SBN 187111)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring St., 11th Floor, Los Angeles, CA 90012
Phone (213) 894-2432; Email ranee.katzenstein@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>ZE'SHAWN STANLEY CAMPBELL,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 21-99-MCS |
|---|---|
| | **NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

ADDITIONAL VICTIM IMPACT STATEMENT SUBMITTED BY VICTIM RE ZE'SHAWN STANLEY CAMPBELL; GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; AND [PROPOSED] ORDER SEALING DOCUMENT

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 22, 2023
Date

RANEE A. KATZENSTEIN
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                          NOTICE OF MANUAL FILING OR LODGING