PAT HARRIS (SBN 214545)
Law Offices of Pat Harris APC
3940 Laurel Canyon Blvd. #955
Studio City, Ca. 91604
Telephone 213-810-9063
Email: pat@patharrislaw.com

Attorney for Defendant
ZE'SHAWN CAMPBELL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-00099-MCS |
| Plaintiff, ) | |
| ) | **DEFENDANT'S SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM** |
| v. ) | |
| ZE'SHAWN CAMPBELL. ) | |
| Defendant ) | THE HONORABLE MARK SCARSI |

Defendant Ze'Shawn Campbell, through his attorney Pat Harris, submits three supplementary exhibits in support of the Defendant's sentencing memorandum. The defense submits: (1) Exhibit #11, Ze'Shawn Campbell's resume; (2) Exhibit #12, a text message demonstrating that Mr. Campbell paid monies owed to victim; and (3) Exhibit #13, letter from Marcus Roberson, UPS employer.

Respectfully submitted:

Dated: March 24, 2023

                                              *s/ Pat Harris*
                                              PAT HARRIS
                                              Attorney For
                                              ZE'SHAWN CAMPBELL