# EXHIBIT 11

# ZE'SHAWN CAMPBELL

25021 Jim Bridger Rd Hidden Hills, CA 91302
(818) 703-3855 · ZESHAWNCAMPBELL@GMAIL.COM

## Objective

Highly motivated professional seeking full time career opportunity with a reputable company that offers growth. Offering nine years of a proven background in management and sales.

## Professional Experience

**Texas Family Fitness- Dallas, TX**            January 2014 - Present
*Co-Owner/ Director of Operations*

- Consolidate major operations of the club such as overall facility and growth budgets against revenue.
- Organize hiring, training and scheduling of all gym level associates.
- Educate and mentor gym associates.
- Monitor and evaluate specifically assigned responsibilities of the sales team.
- Assure the highest level of customer service in a high volume retail environment.

**Equinox- Dallas, TX**            June 2011 – March 2014
*General Manager/Account Executive*

- Effectively manage account responsibilities and oversee overall operations.
- See through face-to-face sales calls, correspondence, support services, and negotiate contracts.
- Incorporate research and promotion effectively into individual sales proposals and presentations.
- Recruit, hire and train gym personnel.

**Allnet Security- Hollywood, CA**            November 2005 - June 2010
*Loss Prevention*

- Conducted surveillance to detect and apprehend shoplifters.
- Conducted physical security checks; search and seizure.
- Recommended new ways to prevent losses.
- Monitored store premises, record keeping, and risk assessment.

## Education

**Diamond Ranch High School- Pomona, CA**            2001-2005
*High School Diploma-* Certificate of Recognition

## Awards and honors

**Bureau of Investigation**            March 2005- Present
*Guard Card*

**LA County Fire Department**            October 2001- 2007
*Award for Firefighting Explorer Program*

## Skills

· **Able to work well unsupervised**          · **Problem-solver**
· **Outstanding customer service**          · **Sales driven and goal oriented**
· **Positive attitude**          · **Proficient in Microsoft Office Suite**

## References

**Available upon request**

USAO_00008749
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER