# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   2:21-cr-00099-MCS-1                                    Date:   March 27, 2023

Present:  The Honorable:  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Katherine Stride | Ranee Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Ze'Shawn Stanley Campbell | [ ] | [X] | Eugene Patterson Harris | [X] | [ ] | [ ] | N/A |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**   [ ] Contested   [X] Non-Evidentiary
Day ___ (if continued from a prior hearing date)

[ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. __X__ Refer to separate Judgment Order.

[ ] Imprisonment for ____ years/months on each of count(s) _____

    Count(s)_____ concurrent/consecutive to count(s)_____

[ ] Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

[ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s)_____

[ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends

    commencing _____

[ ] ____ years/months Supervised Release/Probation imposed on count(s)_____

[ ] consecutive/concurrent to count(s)_____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

    [ ] Perform _____ hours of community service. [ ] Pay $ _____ fine amounts & times determined by P/O.

    [ ] Serve _____ in a CCC/CTC. [ ] Make $_____ restitution in amounts & times determined by PO.

    [ ] Participate in a program for treatment of narcotic/alcohol addiction.

    [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.

    Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

    [ ] Other conditions: _____

[ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

[ ] Pay $ _____ per count, special assessment to the United States for a total of $ _____

[ ] Imprisonment for ____ months/years and for a study pursuant to 18 USC _____

with results to be furnished to the Court within ____ days/months whereupon the sentences shall be subject to modification.

This matter is set for further hearing on _____

[ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

[ ] Defendant informed of right to appeal.

[ ] ORDER sentencing transcript for Sentencing Commission. [ ] Processed statement of reasons

[ ] Bond Exonerated [ ] upon surrender [ ] upon service of _____

[ ] Execution of sentence is stayed until 12 noon, _____

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

[ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

[ ] Issued Remand/Release # _____

[ ] Present bond to continue as bond on appeal. [ ] Appeal bond set at $ _____

[ ] Filed and distributed judgment. ENTERED.

[X] Other The Court finds that the restitution amount satisfied the $550,000 threshold for this sentencing range. The parties are to meet and confer and then submit a date for the restitution hearing.

                                                                        1 :50

cc:                                                                    **Initials of Deputy Clerk**  SMO